UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>INVICTUS GLOBAL MANAGEMENT, LLC,<br><br>    Defendant. | Case No. 23-cv-00114-JHR |

### NOTICE OF INVICTUS GLOBAL MANAGEMENT, LLC'S MOTION TO DISMISS COMPLAINT

**PLEASE TAKE NOTICE** that Defendant Invictus Global Management, LLC ("**Invictus**"), will move before the Honorable Jennifer H. Rearden, United States District Judge for the United States District Court for the Southern District of New York (the "**Court**"), located at Daniel Patrick Moynihan United States Court House, 500 Pearl Street, New York, NY 10007-1312 for entry of an order dismissing the Complaint filed by Plaintiff Jefferies Leveraged Credit Products, LLC ("**Jefferies**"), Dkt. No. 1 (the "**Motion**").

**PLEASE TAKE FURTHER NOTICE** that any opposition to the Motion must be made in writing and electronically filed with the Court so as to be actually received no later than **February 13, 2023**.

**PLEASE TAKE FURTHER NOTICE** that any Invictus shall filed its reply in further support of the Motion, if any, by no later than **February 20, 2023**.

**PLEASE TAKE FURTHER NOTICE** that, in the absence of any timely served written opposition, the Court may approve the Motion.

| | |
|---|---|
| Dated: New York, New York<br>January 30, 2023 | Respectfully submitted:<br><br>Homer Bonner<br><br>1200 Four Seasons Tower<br>1441 Brickell Avenue<br>Miami Florida 33131<br>Phone: (305) 350-5116<br>Fax: (305) 372-2738<br><br>By:  */s/ Adam L. Schwartz*<br>      Adam L. Schwartz<br>      Email: aschwartz@homerbonner.com<br><br>and<br><br>**OTTERBOURG P.C.**<br><br>By: */s/ Erik B. Weinick*<br>Erik B. Weinick<br>230 Park Avenue<br>New York, NY 10169<br>(212) 661-9100<br>Email: eweinick@otterbourg.com<br><br>*Attorneys for Defendant Invictus Global Management, LLC* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 30, 2023, the foregoing was filed with the Clerk of this Court via CM/ECF and that true and correct copies of same were served upon the following counsel for Plaintiff via e-mail:

>David Litterine-Kaufman, Esq.
>dlitterinekaufman@orrick.com
>Harry F. Murphy, Esq.
>hmurphy@orrick.com
>Orrick, Herrington & Sutcliffe LLP
>51 West 52nd Street
>New York, NY 10019-6142

>*/s/ Erik B. Weinick*
>Erik B. Weinick
>*Attorney for Defendant*