```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/19/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JEFFERIES LEVERAGED CREDIT
PRODUCTS, LLC,

                Plaintiff,

-v.-

INVICTUS GLOBAL MANAGEMENT, LLC,

                Defendant.

23 Civ. 00114 (JHR)

ORDER

---

JENNIFER H. REARDEN, District Judge:

    On **September 27, 2023** at **2:30 p.m.**, the Court will hold a conference to address Defendants' motion to dismiss, ECF No. 9. The conference will take place by telephone. Counsel should join the conference by dialing 646-453-4442 and entering Conference ID: 366 722 539#. Members of the public may call the same number but are to keep their phones muted during the proceeding.

    SO ORDERED.

Dated: September 19, 2023
        New York, New York

                                                          */s/ Jennifer H. Rearden*
                                                          JENNIFER H. REARDEN
                                                          United States District Judge