```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/272023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JEFFERIES LEVERAGED CREDIT
PRODUCTS, LLC,

                Plaintiff,

-v.-

INVICTUS GLOBAL MANAGEMENT, LLC,

                Defendants.

23 Civ. 00114 (JHR)

ORDER

JENNIFER H. REARDEN, District Judge:

    For the reasons stated on the record at the September 27, 2023 conference, Defendant's motion to dismiss the Complaint is DENIED.

    Defendant shall answer the Complaint by October 11, 2023.  *See* Fed. R. Civ. P. 12(a)(4)(A).

    The Clerk of Court is directed to terminate ECF No. 9.

    SO ORDERED.

Dated: September 27, 2023
       New York, New York

                                                          _____
                                                          JENNIFER H. REARDEN
                                                          United States District Judge