UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/29/2023

Jefferies Leveraged Credit Products, LLC,

    Plaintiff,

-against-

Invictus Special Situations I GP, LLC; Invictus Global Management, LLC; Invictus Special Situations Master I, LP; TREO Vitus GP, LLC; and TREO Asset Management LLC,

    Defendants.

**MEMO ENDORSED**

Case No: 23-cv-00114-JHR

**NOTICE OF MOTION TO REMAND**

    **PLEASE TAKE NOTICE** that, upon the annexed Memorandum of Law and Declaration of Finbarr O'Connor, as well as all prior papers and proceedings in this action, Plaintiff Jefferies Leveraged Credit Products, LLC will move this Court before the Honorable Jennifer H. Rearden, United States District Judge, at the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, 10007, at a date and time to be determined by the Court, for an Order pursuant to 28 U.S.C. § 1447 remanding this action to the Supreme Court of the State of New York, County of New York, together with such other and further relief as the Court may deem just and proper.

Because Defendants do not oppose this motion, *see* ECF Nos. 64, 66, it is GRANTED. The Clerk of Court is directed to terminate ECF No. 50 and to remand this case to the Supreme Court of the State of New York, County of New York. SO ORDERED.

*/s/ Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: December 29, 2023

Dated: New York, New York
       December 11, 2023

Respectfully submitted,
ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ David Litterine-Kaufman
David Litterine-Kaufman
dlitterinekaufman@orrick.com
Harry F. Murphy
hmurphy@orrick.com
51 West 52nd Street
New York, New York  10019-6142
Telephone:  (212) 506-5000

*Counsel for Plaintiff*
   *Jefferies Leveraged Credit Products, LLC*